**Appeal Dismissed and Memorandum Opinion filed December 3, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00933-CV

---

**RODNEY JACKSON, Appellant**

**V.**

**TIFFANY BRISCOE JACKSON, Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-22224**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 2, 2023. The clerk's record was filed April 9, 2024. No brief was filed.

On October 23, 2024, we issued a notice stating that unless appellants filed a brief within ten days the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.